# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Sharpe, Gary L | U.S. District Court, NDNY | 04/28/2008 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Court Judge, Active | ☐ Nomination, Date <br> ☐ Initial  ☑ Annual  ☐ Final <br> 5b. ☐ Amended Report | 01/01/2007 to 12/31/2007 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| James T. Foley Courthouse <br> 445 Broadway <br> Albany, New York 12207 | Reviewing Officer_____ Date_____ |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions.)

☑ NONE (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions.)

☑ NONE (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

2008 MAY -5 A 10: 47
FINANCIAL DISCLOSURE OFFICE
RECEIVED

| Name of Person Reporting | Date of Report |
|---|---|
| Sharpe, Gary L | 04/28/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2007 | Realty USA - Independent Contractor - Commissions |
| 2. | 2007 | Real Estate Professional - Rental Property |
| 3. | 2007 | Southern Living - Independent Contractor - Commissions |
| 4. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Merrill Lynch | Mortgage on income property | N |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sharpe, Gary L | 04/28/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  Merrill Lynch (IRA #1) | D | Dividend | L | T | | | | | |
| 2.  ---Oppenheimer Internatl Bond Fd Cl A | | | | | Total Sale | 10-16 | J | A | |
| 3.  ---DWS Drem Hgh Ret Eq Inst | | | | | Total sale | 10-16 | J | A | See Note in Part VIII |
| 4.  ---Dreyfus Premier Intl Value Cl A | | | | | Total Sale | 10-16 | J | A | |
| 5.  ---Lord Abbett Research Sm Cap Cl A | | | | | Total Sale | 10-16 | J | A | |
| 6.  ---Oppenheimer Developing Mkts Cl A | | | | | | | | | |
| 7.  ---Thornburg International Value Fund A | | | | | | | | | |
| 8.  ---Vankampen Comstock Fund Cl A | | | | | Total sale | 10-16 | J | A | |
| 9.  ---Cohen & Steers Special Equity Fund | | | | | Total Sale | 10-16 | J | A | |
| 10.  ---Matthews Asian Funds Japan Funds | | | | | Total Sale | 10-16 | J | A | |
| 11.  ---Aim Energy Fd Cl A | | | | | | | | | |
| 12.  ---Gartmore Global Natural Resources Fd Cl A | | | | | Total Sale | 10-16 | J | A | |
| 13.  ---Opppenheimer Gold & Special Metals Fund | | | | | | | | | |
| 14.  ---Alger Health Sciences A | | | | | Total Sale | 10-16 | J | A | |
| 15.  ---Black Rock Nat Resource I | | | | | Total Sale | 10-16 | J | A | |
| 16.  ---Jennison Natural Resources Fd Cl Z | | | | | Buy | 10-16 | J | | |
| 17.  ---Blackrock All Cap Global Resources Cl I | | | | | Buy | 10-16 | J | | - |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sharpe, Gary L | 04/28/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. ---Eaton Vance Greater India Fund Cl A | | | | | Buy | 10-16 | J | | |
| 19. ---Blackrock Latin America Fd | | | | | Buy | 10-16 | J | | |
| 20. ---Delaware Emerging Mkts Fd | | | | | Buy | 10-16 | J | | |
| 21. ---Ing Russia Fund Cl A | | | | | Buy | 10-16 | J | | |
| 22. ---AllianceBerstein Greater China 97 Fd | | | | | Buy | 10-16 | J | | |
| 23. Merrill Lynch (IRA #2) | E | Dividend | N | T | | | | | |
| 24. ---Oppenheimer International Bond Fd Cl A | | | | | | | | | |
| 25. ---DWS Drem Hgh Ret Eq Inst | | | | | | | | | See Note in Part VIII |
| 26. ---Dreyfus Premier Intl Vlaue Cl A | | | | | | | | | |
| 27. ---Lord Abbett Research Sm Cap Cl A | | | | | | | | | |
| 28. ---Oppenheimer Developing Mkts Cl A | | | | | | | | | |
| 29. ---Thornburg International Value Fund A | | | | | | | | | |
| 30. ---Vankampen Comstock Fund Cl A | | | | | | | | | |
| 31. ---Cohen & Steers Special Equity Fund | | | | | | | | | |
| 32. ---Matthews Asian Funds Japan Funds | | | | | | | | | |
| 33. ---Aim Energy Fd Cl A | | | | | | | | | |
| 34. ---Nationwide Global Natural Resources Fd Cl A ... See Note | | | - | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sharpe, Gary L | 04/28/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. ---Oppenheimer Gold & Special Metals Fund | | | | | | | | | |
| 36. ---Alger Health Sciences A | | | | | | | | | |
| 37. ---Blackrock Nat Resource I | | | | | | | | | |
| 38. New York College Tuition Savings # 1 (529) | A | Dividend | J | T | Buy | 1-1 | J | | See note in Part VIII |
| 39. New York College Tuition Savings #2 (529) | A | Dividend | J | T | Buy | 1-1 | J | | See note in Part VIII |
| 40. Merrill Lynch (IRA # 3) | A | Dividend | M | T | | | | | |
| 41. ---Peabody Common Stock | | | | | Total Sale | 10-2 | J | A | |
| 42. ---Boeing Common Stock | | | | | | | | | |
| 43. ---Caterpillar Common Stock | | | | | | | | | See note in Part VIII |
| 44. ---Valero Energy Common Stock | | | | | | | | | |
| 45. ---Celgene Common Stock | | | | | Partial Sale | 1-11 | J | A | |
| 46. ---NYSE Group Common Stock | | | | | | | | | |
| 47. ---Ultra Petroleum Corp Common Stock | | | | | | | | | |
| 48. ---McDermott Intl inc Common Stock | | | | | | | | | |
| 49. ---Fuel Tech NV Common Stock | | | | | Partial Sale | 1-11 | J | A | |
| 50. | | | | | Total Sale | 6-13 | J | A | |
| 51. ---Aegean Marine Petroleum Network Inc Common Stock | | | | | Partial Sale | 1-16 | K | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sharpe, Gary L | 04/28/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. ---Guidance Software Inc Common Stock | | | | | Total Sale | 2-6 | J | A | |
| 53. ---Apple Computer Inc Common | | | | | Partial Sale | 1-11 | J | A | See note in Part VIII |
| 54. | | | | | Partial Sale | 2-15 | J | A | |
| 55. ---China Life Ins Co Common Stock | | | | | Buy | 1-3 | J | | |
| 56. | | | | | Buy | 1-4 | J | | |
| 57. | | | | | Buy | 1-5 | J | | |
| 58. ---Dicks Sporting Goods Common Stock | | | | | Buy | 10-2 | J | | |
| 59. ---Hana Biosciences Common Stock | | | | | Buy | 2-14 | J | | |
| 60. | | | | | Buy | 5-10 | J | | |
| 61. ---Research in Motion LTD Common Stock | | | | | Buy | 10-16 | K | | |
| 62. ---Wachovia Corp Common Stock | | | | | Buy | 11-27 | J | | |
| 63. Merrill Lynch (IRA # 4) | F | Dividend | N | T | | | | | |
| 64. ---Matthews Asian Funds Pacific Tigers Fund | | | | | | | | | |
| 65. ---AXA Enterprise Mergers and Acquisitions Cl A | | | | | | | | | |
| 66. ---Alger Health Sciences A | | | | | | | | | |
| 67. ---Gartmore Small Cap Fund Cl A | | | | | | | | | |
| 68. ---Baron partners Fund NLD | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sharpe, Gary L | 04/28/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. ---Nationwide Global Natural Resources Fund Cl A | | | | | | | | | See note Part VIII |
| 70. ---Blackrock All cap Global Resources Portfolio Cl I | | | | | | | | | |
| 71. ---ML Latin America Fd Cl I | | | | | | | | | |
| 72. ---Oppenheimer International Bond Fd Cl A | | | | | | | | | |
| 73. ---Oppenheimer Developing Markets Fd Cl | | | | | | | | | |
| 74. | | | | | Partial Sale | 7-10 | J | A | |
| 75. ---Loomis Sayles Bond Fd Instl Cl | | | | | | | | | |
| 76. ---Hartford Capital Appreciation Cl A | | | | | | | | | |
| 77. ---Columbia Marisco Focused equity Cl A | | | | | | | | | |
| 78. ---Thornburg International Value Fd I | | | | | | | | | |
| 79. ---American Cap Inc BLDR FD SBI Cl A | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | – | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part VIIA: Lines 3, 25: Last year's report incorrectly identified this asset as "Scudder High Return Fd Cl A". The asset is now correctly named. All information regarding the asset on last year's report is correct.

L. 34, 69: While the ML Symbol ("GGNAX") remains the same, the fund name changed to that as listed this year.

L. 38, 39: I have added another 529 account for ████████████ this year. Accordingly, I renumbered last year's entry as "#1", and added the second account right beneath it as "#2." As on last year's report, there is an automatic monthly withdrawal funding both accounts. Again, it seemed ludicrous to make 24 separate entries to reflect the transaction dates.

L. 43: Last year's report should have reflected a "Total Sale" on 12-8-06 with a value code J and gain code A.

L. 53: This asset was erroneously admitted from last year's report. The report should have reflected a "Buy" on 2-27-06 and value code J.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signatu

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544